IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CR-277-RJC-DCK

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| THEODORE EARLE, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To File Under Seal" (Document No. 22) filed November 16, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. Having carefully considered the motion and the record, the undersigned will grant the motion.

The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Defendant's request relates to sensitive and private information that is inappropriate for public access, namely medical information.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To File Under Seal" (Document No. 22) is **GRANTED**. Document No. 21 shall remain under seal until further Order of the Court.

Signed: November 17, 2020

David C. Keesler
United States Magistrate Judge